**Appeal Dismissed and Memorandum Opinion filed December 5, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00644-CV

## IN THE INTEREST OF E.D.S., A CHILD

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2013-24757**

## MEMORANDUM OPINION

This is an appeal from an order signed June 7, 2019 in a suit to modify the parent-child relationship. The notice of appeal was filed August 21, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court that appellant, M.S., did not make arrangements to pay for the record. On October 14, 2019, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justice Wise, Jewell, and Poissant.